# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5823 MRW | Date | October 23, 2018 |
| Title | Langer v. Sepwash LLC | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION

Plaintiff filed this civil action on July 3, 2018. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within 90 days of commencement of the action, or by October 1, 2018.

According to an earlier status report, Plaintiff was unsure whether a lawyer representing Defendant would accept service or not. (Docket # 11.) If not, Plaintiff was prepared to resume attempts at traditional service. That was in mid-August 2018. As of mid-October, there is no proof of service on file with the Court.

Plaintiff is ORDERED to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due by November 7, 2018. Plaintiff may discharge this action by filing proof of actual service on defendant or an appropriate waiver of service.